UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| ORLANDO PEREZ | § |
| | § |
| V. | § CIVIL ACTION NO. _____ |
| | § |
| CLINTON RYAN MAPLES AND | § |
| ST. PAUL FIRE & MARINE INSURANCE | § |
| COMPANY | § JURY DEMANDED |

### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

St. Paul Fire & Marine Insurance Company (hereinafter "Defendant St. Paul"), defendant in the above-styled and numbered cause, hereby removes to this Court the state action described below pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446. In support of the removal and in accordance with the requirements of 28 U.S.C. § 1446, Defendant St. Paul states as follows:

1. Defendant St. Paul is a defendant in a civil action brought on March 21, 2022, in the County Court at Law No. Four, Hidalgo County, Texas. The suit arises out of an automobile accident which occurred in Martin County, Texas on April 9, 2020. Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Defendant St. Paul removes this action to the United States District Court for the Southern District of Texas, McAllen Division, which is the judicial district and division in which the action is pending.

2. On March 21, 2022, a civil action was commenced in the County Court at Law No. Four Court of Hidalgo County, Texas, entitled *Orlando Perez v. Clinton Ryan Maples and St. Paul Fire & Marine Insurance Company*, Cause No. CL-22-0888-D. Plaintiffs' Original Petition seeks personal injury damages "not to exceed $250,000" based on allegations of

negligence. A copy of Plaintiff's Original Petition is attached to the Civil Docket Sheet and State Court Documents Index.

3. On March 25, 2022, Defendant St. Paul received service of citation and Plaintiff's Original Petition, via personal service as permitted by the state court. Defendant St. Paul filed its Original Answer on April 14, 2022.

4. This notice of removal includes copies of the documents required by 28 U.S.C. §1446(a) and Local Rule 81 of the United States District Court, Southern District of Texas, as listed below:

- All executed process in this case;
- Pleadings asserting causes of action and all answers to such pleadings, including Plaintiffs' Original Petition, Defendant St. Paul's Motion to Transfer Venue, and Defendant St. Paul's Original Answer (Subject to Motion to Transfer Venue);
- All orders signed by the state judge;
- Clerk's Docket Sheet from Cause No. CL-22-0888-D, styled *Orlando Perez v. Clinton Ryan Maples and St. Paul Fire & Marine Insurance Company*, pending in Hidalgo County, County Court at Law No. Four;
- An Index of Matters Being Filed with this Notice of Removal; and,
- A List of Counsel of Record, including addresses, telephone numbers, and parties represented.

## JURISDICTION AND VENUE

5. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332(a)(1) (Diversity Jurisdiction). Further, this proceeding may be removed to this Court pursuant to Title 28 U.S.C. § 1441. Complete diversity of citizenship exists among the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. Plaintiff is a citizen of Texas. See Plaintiffs' Original Petition at ¶ 3.

7. Plaintiff avers in his original complaint that Defendant St. Paul is a foreign insurance carrier with its principal office in Tallahassee, Florida. See Plaintiffs' Original

Petition at ¶ 3. This is the county and state Defendant St. Paul was served as reflected on the return of service filed in the case. *See* Index of Matters Being Filed 1(d).

8. Plaintiff has named Clayton Ryan Maples as a co-defendant, identifying him as a resident of Vidalia, Louisiana. See Plaintiffs' Original Petition at ¶ 3. Plaintiff has not yet obtained service on Defendant Maples and he has not yet appeared in the State Court action.

9. Venue is proper in the Southern District of Texas, McAllen Division, because this district and division embrace the place in which the action is pending. *See* 28 U.S.C. § 1441(a). Plaintiff alleges injuries and damages arising from an automobile accident which occurred on or about April 9, 2020, in Martin County, Texas. See Plaintiffs' Original Petition at ¶ 6. Plaintiff has not, however, stated any facts which would justify venue in Hidalgo County, Texas, apart from the residency of Plaintiff.

10. The amount in controversy exceeds the sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs, as evidenced by Plaintiff's Original Petition wherein counsel for Plaintiff states that Plaintiff has "Judgment against defendants for damages not to exceed $250,000.00." See Plaintiffs' Original Petition at ¶ 15.

11. Defendant St. Paul was served on March 25, 2022. This Notice of Removal is being filed on April 19, 2022. Accordingly, this Notice of Removal is timely filed within 30 days of Defendant St. Paul's receipt of Plaintiff's Original Petition and within one year of the commencement of this suit. *See* 28 U.S.C. § 1446(b).

12. Additionally, this Court would possess original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332 if the action had originally been brought in federal court. Accordingly, Defendant St. Paul may properly remove the State Court action pursuant to 28 U.S.C. § 1441.

13. Pursuant to 28 U.S.C. § 1446(d), Defendant St. Paul will file a copy of this notice of removal with the clerk of the state court where the suit has been pending and serve Plaintiff promptly.

14. Plaintiff demanded a jury trial in the state court suit. Defendant St. Paul joins Plaintiff and requests a jury trial.

15. The filing of this notice, along with the filing of the notice in the state court and service of the notice upon Plaintiff's counsel serves immediately to confer exclusive jurisdiction of this cause upon this Court, and divests the state court of all jurisdiction over these proceedings and claims.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendant St. Paul Fire & Marine Insurance Company prays that the above-styled action now pending in the Count Court at Law No. Four of Hidalgo County, Texas, be removed to this Honorable Court pursuant to the Court's diversity jurisdiction, that upon final trial, judgment be rendered that Plaintiff take nothing by his suit against Defendant St. Paul and for such other and further relief to which it may be justly entitled.

                        Respectfully submitted,

By:     /s/ Patrick R. Kasperitis
Patrick R. Kasperitis, Attorney-in-Charge
State Bar No. 11105270; Fed. ID No. 12594
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
888-707-7072 Telecopy
pat@dcklawyers.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT, ST. PAUL FIRE & MARINE INSURANCE COMPANY**

OF COUNSEL:
**DUNN, COFFEY & KASPERITIS, P.C.**

## CERTIFICATE OF SERVICE

I, Patrick R. Kasperitis, do hereby certify that a true and correct copy of the foregoing instrument was forwarded in accordance with the Federal Rules of Civil Procedure on this the 19th day of April, 2022, to the following:

Ezequiel Reyna, Jr.
Heather A. Abreu
**LAW OFFICE OF EZEQUIEL REYNA, JR., P.C.**
702 W. Expressway 83, Suite 100
Weslcao, Texas 78596
heather@zreynalaw.com
kimberly@zreynalaw.com
spena@zreynalaw.com
*Counsel for Plaintiff*

                        /s/ Patrick R. Kasperitis
                        Patrick R. Kasperitis