UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| ORLANDO PEREZ | § | |
| | § | |
| vs. | § | Civil Action No. 7:22-CV-0128 |
| | § | |
| CLINTON MAPLES | § | |

## JOINT NOTICE OF SETTLEMENT

The parties notify the Court pursuant to SDTx LR 16.3 that all claims made in this case by Orlando Perez against Clinton Maples were settled at mediation on October 14, 2024. As a result, the parties suggest that the case be removed from the Court's trial calendar. The parties will file a joint stipulation of dismissal in the next thirty (30) days.


S/ Edward L. Ciccone
_____
Edward L. Ciccone
Attorney in Charge For The Plaintiff
Tx. SBN 04250550 / S.D. Tx.ID 82519
LAW OFFICE OF EZEQUIEL REYNA, JR., P.C.
702 W. Expressway 83, Suite 100 / Weslaco, TX 78596
Phone: (956) 698-9556 / Fax: (956) 969-0492
E-Mail: elciccone@mail.com and edwardlciccone@aol.com


S/Graciela Reyna
_____
Graciela Reyna
Attorney-In-Charge For The Defendant
Tx. SBN 90001961 / S.D.Tx.ID 23195
VIDAURRI, RODRIGUEZ & REYNA, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Phone:  (956) 381-6602 / Fax:  (956) 381-0725
E-Mail:  greyna@vrrtxlaw.com