UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ADR MEMORANDUM TO CLERK OF COURT**

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

ORLANDO PEREZ

                          Plaintiff(s)        DIVISION    MCALLEN

V.                                                            CIVIL ACTION NO. 7:22-CV-00128

CLINTON RYAN MAPLES

                          Defendant(s)

**ADR METHOD:**    Mediation    X    Arbitration _____
                        Mini-trial _____    Summary Jury Trial _____

**TYPE OF CASE:** *Personal Injury*

1. Please check one of the following:
   The case referred to ADR settled ✓    did not settle ___

2. My total fee and expenses were: $1,500.00.
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

   Orlando Perez, Plaintiff
   Mr. Edward L. Ciccone, Attorney
   LAW OFFICES OF EZEQUIEL REYNA, JR.
   702 West Expressway 83, Ste. 100
   Weslaco, Texas 78596
   (956) 968-9556 – telephone
   elciccone@mail.com – email

   Clinton Ryan Maples, Defendant
   Ms. Graciela Reyna, Attorney
   VIDAURRI, RODRIGUEZ & REYNA, LLP
   202 North 10th Avenue
   Edinburg, Texas 78541
   (956) 381-6602 – telephone
   greyna@vrrtxlaw.com – email

                                                          ADR PROVIDER

Date: 10/14/24                                   Name:        Alfred T. Denham
SDTX-ADR-5/(Rev. 6-15-93)

                                                                    Signature:

Law Office of Alfred T. Denham
3700 North 10th Street, Ste. 100
McAllen, Texas 78501

18 OCT 2024
MCALLEN TX
18 OCT 2024





CLERK U.S. DISTRICT COURT
RECEIVED
OCT 21 2024
SOUTHERN DIST. OF TEXAS
McALLEN, TEXAS

7850135194

US District Court
1701 W. Bus. Hwy 83
McAllen, TX 78501