Case 7:22-cv-00128   Document 27   Filed on 10/29/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ORLANDO PEREZ § | |
| Plaintiff § | |
| § | |
| V. § | Civil Case No. 7:22-cv-00128 |
| § | |
| CLINTON RYAN MAPLES § | |
| AND ST. PAUL FIRE AND MARINE § | |
| INSURANCE COMPANY § | |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

BE IT REMEMBERED that on the 28th day of October, 2024, came to be considered Plaintiff, ORLANDO PEREZ and Defendant CLINTON RYAN MAPLES, Joint Stipulation of Dismissal with Prejudice as per Federal Rule Civil Procedure 41(a)(2). The Court is of the opinion that same should be GRANTED.

IT IS ACCORDINGLY ORDERED that the claims of Plaintiff, ORLANDO PEREZ, against Defendant CLINTON RYAN MAPLES, in the above-entitled and numbered cause be, and hereby are, in all things DISMISSED WITH PREJUDICE, with taxable court costs incurred in this matter to be taxed against the party incurring same.

SO ORDERED October 29, 2024, at McAllen, Texas.

Randy Crane
United States District Judge